IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTTY DALE PIERCE**   **PLAINTIFF**

**VERSUS**   **CIVIL ACTION NO. 1:08-cv-317-HSO-JMR**

**SHERIFF DAVID ALLISON**   **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment and Qualified Immunity [38]. The Court, after a full review and consideration of this Motion, Chief Magistrate Judge John M. Roper's Report and Recommendations [43], Plaintiff's Objection [44], the related pleadings, the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56. Plaintiff's case against Defendant is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 14th day of May, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE